JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DIAMOND, | Case No. CV 10-4459-CAS (FFMx) |
| Plaintiff, | **ORDER DISMISSING OF ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

Dated: February 28, 2011

_Christina A. Snyder_
Hon. Christina A. Snyder
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1     [PROPOSED] ORDER DISMISSING OF ACTION WITH PREJUDICE